UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MICHAEL BEHRENS,<br><br>          Plaintiff,<br><br>    v.<br><br>ERIC RANDALL OLSON,<br><br>          Defendant. | Case No. 15-cv-06329-VC<br><br>**ORDER OF DISMISSAL** |

The Court has been advised that the parties have reached a settlement. *See* Dkt. No. 24. It is therefore ordered that this case is dismissed without prejudice. Any pending motions are moot. The parties retain the right to reopen this action within 60 days of this Order if the settlement is not consummated. If the request to reinstate the case is not filed and served on opposing counsel within 60 days, the dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: November 21, 2016

_____
VINCE CHHABRIA
United States District Judge